■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, against J. EDWIN LaVALLEE, as Warden of Clinton Prison, Respondent.— Motion for an extension of time within which to perfect appeal

granted and the time is extended until the September 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.